28076. WRIGHT *v.* CITY OF ATLANTA.

GUERRY, J. 1. A petition for certiorari seeking a review by the superior court of a judgment of a recorder's court is fatally defective if it does not set out a copy of the ordinance (*Howell* v. *State,* 13 *Ga. App.* 74, 76, 78 S. E. 859) upon which the charge or summons is predicated, or else deny its existence. *Porter* v. *Thomasville,* 16 *Ga. App.* 313 (85 S. E. 283); *Hill* v. *Atlanta,* 125 *Ga.* 697, 698 (54 S. E. 354, 5 Ann. Cas. 614).

2. While a municipal corporation can not, in the absence of express legislative authority (*Hood* v. *Van Glahn,* 88 *Ga.* 405, 14 S. E. 564), enact valid ordinances for the punishment of acts which constitute offenses against the penal laws of the State (*Moran* v. *Atlanta,* 102 *Ga.* 840 (2) 843, 30 S. E. 298; *Marshall* v. *Griffin,* 173 *Ga.* 782, 161 S. E. 622; *Callaway* v. *Mims,* 5 *Ga. App.* 9, 13, 62 S. E. 654), yet it may punish for acts penalized by an ordinance where there enters into the act some ingredient not necessary to constitute the statutory offense (*Howell* v.

*State,* supra) ; but the validity of such an ordinance can not be raised in a petition for certiorari, seeking a review of the judgment of the recorder's court because of impingement of the ordinance on the field covered by the State statute, unless such petition contains a copy of the ordinance or a denial of its existence.

3. The court did not err in dismissing the certiorari where the petition failed to set out a copy of the ordinance or to deny its existence.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED FEBRUARY 7, 1940.

*Charles J. Graham,* for plaintiff in error.

*J. C. Savage, C. S. Winn, J. C. Murphy, E. L. Sterne,* contra.